```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC#: _____
                                                    DATE FILED:  06/10/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**THOMAS P. ALLEN,**

                         **Plaintiff,**

                    **21-CV-2387 (ALC)**

     -against-

                    **ORDER**

**CITIGROUP GLOBAL MARKETS HOLDINGS INC.,**

                        **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

Defendant is hereby ORDERED to serve upon Plaintiff the Court's order issued on May 28, 2021, ECF No. 14, and its motion to dismiss and supporting memorandum, ECF Nos. 16-17, and file proof of service by no later than June 14, 2021.

Defendant is also hereby ORDERED to serve upon Plaintiff the instant order and file proof of service by no later than June 14, 2021.

**SO ORDERED.**

**Dated:**     **June 10, 2021**
           **New York, New York**

*/s/ Andrew L. Carter, Jr.*
_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**

1