**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/19/2022_____

THOMAS P. ALLEN,

                          **Plaintiff,**

           **-against-**

**CITIGROUP GLOBAL MARKET**
**HOLDINGS INC.,**

                          **Defendant.**

**21-cv-2387 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      In light of the Court's recent opinions in *Jacobson v. Citigroup Glob. Mkt. Holdings Inc.*, No. 21-cv-2384 (ALC), 2022 WL 268792, (S.D.N.Y. Jan. 28, 2022) and *Zellner v. Citigroup Glob. Mkt. Holdings Inc.*, No. 21-CV-2413 (ALC), 2022 WL 126002 (S.D.N.Y. Jan. 13, 2022), both of which involves on similar facts and claims as the instant action, Defendant's motion is hereby **DENIED**.  The parties are directed to write to the Court with a proposed expedited briefing schedule for a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The Clerk of the Court is respectfully directed to terminate ECF No. 16.

**SO ORDERED.**

**Dated:**   **July 19, 2022**
           **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**